**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRODY K. S.,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-811** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **COMM'R OF SOCIAL SECURITY,** | : | **Magistrate Judge Stephanie K. Bowman** |
| | : | |
| **Defendant.** | : | |

# ORDER

This matter comes before the Court on the parties' Joint Stipulation for an Award of Attorney Fees. (ECF No. 15). The parties stipulate to an award of $4,800.00 in attorney fees and $405.00 in costs, for a total award of $5,205.00 to Plaintiff, "in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act" in this case. (*Id.* at 1).

The Court "may award reasonable fees and expenses of attorneys . . . to the prevailing party in any civil action brought . . . against the United States or any agency or any official of the United States . . . in any court having jurisdiction of such action." 28 U.S.C. § 2412(b).

For good cause shown, the parties' Joint Stipulation for an Award is **GRANTED**. Defendant is **ORDERED** to pay Plaintiff the sum of $5,205.00 for fees. Before payment, counsel for the parties **SHALL** verify whether Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586, 596 (2010). If no such pre-existing debt exists, Defendant **SHALL** pay the award directly to Plaintiff's counsel pursuant to the Equal Access to Justice Act assignment signed by Plaintiff.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: September 14, 2026**